CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Oscar Robles Nieblas; DOB: 1983; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-07292MJ |

Complaint for violation of Title 18, United States Code § 924(h)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION: From a date unknown to on or about December 2023, in the District of Arizona and elsewhere, **Oscar Robles Nieblas**, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to knowingly transfer and receive firearms, knowing or having reasonable cause to believe that those firearms would be used to commit a felony, to wit: Title 18, United States Code, Section 554(a) (Smuggling Goods from the United States). All in violation of Title 18, United States Code, Section 924(h)

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED: In early 2022 Homeland Security Investigations (HSI) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) investigated a ring of subjects acquiring firearms in the District of Arizona to be smuggled into the Republic of Mexico. This ring included **Oscar Robles Nieblas (Nieblas)**, who with his wife, Julieta, purchased no less than 12 AK-47 pattern semi-automatic rifles, guns often sought by drug cartels in Mexico, from federally licensed firearms dealers located throughout the District of Arizona, including Tucson.

Through gun store records and ATF form 4473's, Firearms Transactions Record, investigators learned that **Nieblas** and Julietta purchased three AK-47's in December 2021 and three AK-47's between July and August 2022. All of these AK-47's were later recovered in Mexico. On December 3, 2023, **Nieblas** and Julietta purchased four AK-47's. On December 7, 2023, **Nieblas** attempted to purchase two AK-47's from MMP Guns in Phoenix. Nieblas filled out an ATF form 4473 to purchase the guns and paid MMP the purchase price of $2,171.97. MMP Guns ran a National Instant Criminal Background Check System (NICS) on **Nieblas** and were informed the transfer was to be delayed. Nieblas left and never returned to pick up the firearms, nor did he return to get a refund. ATF and HSI later seized the two firearms from MMP Guns.

On August 18, 2022, Carlos Zazueta attempted to exit the United States through the DeConcini Port of Entry in Nogales, Arizona. Customs agents found an AK-47 in Zazueta's vehicle he was attempting to smuggle into

Continued on next page…

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>JOSIAH FENCEROY  Digitally signed by JOSIAH FENCEROY<br>Date: 2026.04.02 16:48:52 -07'00' |
|---|---|
| | OFFICIAL TITLE & NAME:<br>DEA Special Agent Josiah Fenceroy |
| Subscribed to and sworn before me telephonically. | |

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE April 3, 2026

[1] See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA Kevin D. Schiff

CC: USM, AUSA, PTS

Continued from Previous page:

Mexico. Agents also seized Zazueta's phone and later searched its contents. Agents found numerous text conversations on Zazueta's phone directly related to the acquisition of firearms and smuggling those firearms into Mexico.

Included in these text conversations was a conversation on WhatsApp, an encrypted messaging application, between Zazueta and a contact listed as "Oscarcon." The contact photo for "Oscarcon" was a picture of **Nieblas**; further, the listed phone number for "Oscaron" was associated to **Nieblas** via phone records. On August 12, 2022, shortly after **Nieblas** and Julietta had purchased three AK-47's, Zazueta and **Nieblas** communicated about meeting in Tucson and crossing the border. Nieblas asked Zazueta what money he was bringing to the meet. Zazueta responded $4,500 and said the money belonged to an individual law enforcement knows to be a significant firearms trafficker in Mexico. In another conversation on Zazueta's phone, Zazueta asked that same firearms trafficker for **Nieblas's** contact information, which the same firearms trafficker provided.

On December 11, 2023, HSI and ATF agents interviewed Nieblas in Phoenix Arizona. Nieblas admitted to attempting to buy two AK-47's on December 7, 2023, at MMP Guns. Nieblas said he was told he would have to wait three days due to the NICS check, but decided he no longer wanted the guns. He also confirmed he never returned to the store to get a refund. Nieblas also stated he and Julietta had purchased multiple AK-47's at a gun show on December 3, 2023. **Nieblas** stated they no longer had those AK-47's because they all had "broke" so he sold them to a friend in Phoenix, AZ, who **Nieblas** would not identify.

Agents asked **Nieblas** if any of the guns he or his wife had purchased were sent to Mexico. **Nieblas** stated no, because he knew that was illegal and had seen the signs at the border warning travelers that taking guns into Mexio was a crime. (Your Affiant is familiar with these signs, which informs border crossers that taking a gun into a Mexico is a felony punishable by years in prison.)

Agents interviewed **Nieblas's** wife, Julietta, later that same day. She confirmed buying AK-47's with **Nieblas**. When asked where those guns were, she said **Nieblas** had handled them. She also said she did not ask **Nieblas** about them as when she had previously inquired, he responded by asking her why she needed to know anything.